IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02453-WDM-CBS

CUMMINGS IMPLEMENT COMPANY,
dba Stephen Equipment Company,

     Plaintiff,

v.

DEERE & COMPANY, INC.,
dba John Deere Company, Inc.

     Defendant.

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     Plaintiff's motions for partial summary judgment (doc. nos. 20 &21) are stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures.

Dated:  August 15, 2008

                        s/ Jane Trexler, Judicial Assistant